### 20950. RAPER v. ELLIOTT.

ALMAND, Justice. This case in all essential respects is the same as *Raper v. Smith,* ante, and is controlled by the ruling therein made.

*Judgment reversed. All the Justices concur.*

ARGUED SEPTEMBER 12, 1960—DECIDED OCTOBER 6, 1960.

*Vernon W. Duncan,* for plaintiff in error.